(COB #230 voApprStip13MTD)(10/07)

# IN THE UNITED STATES BANKRUPTCY COURT
## District of Colorado,
HONORABLE A. Bruce Campbell

In re:

    Jan Tempka
    Krystyna Tempka

Debtor(s)

Case No.:    10−10725−ABC
Chapter:    13

SSN/TID
Nos.    xxx−xx−8696
        xxx−xx−5229

### ORDER APPROVING STIPULATION FOR THE RESOLUTION OF CHAPTER 13 TRUSTEE'S MOTION TO DISMISS

    THE COURT, having reviewed the Stipulation between the Debtor and the Standing Chapter 13 Trustee filed 6/5/2013, hereby approves the Stipulation.

    The Chapter 13 Trustee's Motion to Dismiss ( docket #57) is resolved pursuant to the terms of the Stipulation.

Dated:  6/6/13

BY THE COURT:
s/ A. Bruce Campbell
United States Bankruptcy Judge